# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1307**

**KA 10-01959**

PRESENT: SCUDDER, P.J., CENTRA, FAHEY, CARNI, AND SCONIERS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                          ORDER

LINDSEY M. FULGE, ALSO KNOWN AS LINDSEY FULGE,
DEFENDANT-APPELLANT.

---

GARY A. HORTON, PUBLIC DEFENDER, BATAVIA (BRIDGET L. FIELD OF
COUNSEL), FOR DEFENDANT-APPELLANT.

LAWRENCE FRIEDMAN, DISTRICT ATTORNEY, BATAVIA (WILLIAM G. ZICKL OF
COUNSEL), FOR RESPONDENT.

---

Appeal from a judgment of the Genesee County Court (Robert C.
Noonan, J.), rendered June 24, 2010. The judgment convicted
defendant, upon her plea of guilty, of burglary in the third degree.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed.

Entered: December 23, 2011                    Frances E. Cafarell
                                              Clerk of the Court